***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

***MEE THAO VANG***

***V.*** ***CA No. 05-454M***

***MICHAEL J. ASTRUE,***
***Commissioner,***
***Social Security Administration***

***JUDGMENT IN A CIVIL CASE***

***IT IS ORDERED AND ADJUDGED that judgment is entered for the defendant in accordance with the Memorandum and Order entered on January 22, 2008 by U. S. Magistrate Judge David L. Martin.***

***January 22, 2008*** ***David A. DiMarzio*** ____________
***Date*** ***Clerk***

***Martha Saucier*** ______________
***(By) Deputy Clerk***