# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MEE THAO VANG

v. CA 05-454M

MICHAEL J. ASTRUE,
Commissioner of the,
Social Security Administration

**AMENDED JUDGMENT**

**COURT DECISION:**

**JUDGMENT SHALL ENTER** for the Defendant, Michael J. Astrue, against the Plainitff, Mee Thao Vang, pursuant to this Court's Memorandum and Order dated, January 22, 2008

BY:

/s/ Martha Saucier
MARTHA SAUCIER
Deputy Clerk

**January 24, 2008**